UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Joel Schneider

        v.            :    Mag. No. 08-2068 (JS)

RONALD FISHER        :    <u>ORDER FOR CONTINUANCE</u>

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Matthew J. Skahill, Assistant U.S. Attorney), and defendant Ronald Fisher (by Martin Isenberg, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days so that the defendant will have additional time to consult with his counsel, review and inspect discovery, and so that the parties may continue to conduct plea negotiations, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his initial appearance pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant, through his counsel, has requested additional time to consult with counsel and review and inspect discovery;

(2)   The United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(3)   Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this $\underline{8^{th}}$ day of January, 2009,

ORDERED that this action be, and it hereby is, continued for a period of 60 days from January 11, 2009; and it is further

ORDERED that the period from January 11, 2009 through and including March 12, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. JOEL SCHNEIDER
United States Magistrate Judge

Form and entry
consented to:

Matthew J. Skahill
Assistant U.S. Attorney

Martin Isenberg, Esq.
Counsel for defendant Ronald Fisher